# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

Case No. 6D23-927
Lower Tribunal No. 2021-CA-002754

———————————————

FUGANG ZHOU and CHENWEI YANG,

Appellants,

v.

ISLAND WALK HOMEOWNERS ASSOCIATION, INC.,

Appellee.

———————————————

Appeal from the Circuit Court for Collier County.
Joseph G. Foster, Judge.

April 9, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and NARDELLA, J., and LAMBERT, B.D., Associate Judge, concur.


Kelsey Hazzard and Todd B. Allen, of Lindsay & Allen, PLLC, Naples, for Appellants.

Audrey M. Fisher, of Cole Scott & Kissane, P.A., Bonita Springs, and Francesca M. Stein, of Cole Scott & Kissane, P.A., Miami, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED